1  STEFANI E. SHANBERG (State Bar No. 206717)
   EUGENE MARDER (State Bar No. 275762)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Plaza
   Spear Tower, Suite 3300
4  San Francisco, California 94105
   Telephone: (415) 947-2000
5  Facsimile: (415) 947-2099
   Email: sshanberg@wsgr.com
6         emarder@wsgr.com

7  Attorneys for Defendant and
   Counterclaim Plaintiff SQUARE, INC.
8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **SAN JOSE DIVISION**

| | |
|---|---|
| 12 THINK COMPUTER CORPORATION, | Case No. 5:14-cv-01374-PSG |
| 13  Plaintiff and Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING DEFENDANT SQUARE, INC.'S MOTION TO STAY PURSUANT TO SECTION 18(b) OF THE AMERICA INVENTS ACT** |
| 14 v. | |
| 15 SQUARE, INC., | |
| 16  Defendant and Counterclaim Plaintiff. | Date: August 26, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 5, Fourth Floor<br>Judge: Honorable Paul S. Grewal |

20  This matter came before the Court pursuant to Defendant and Counterclaim Plaintiff
21  Square, Inc.'s ("Square") Motion to Stay Pursuant to Section 18(b) of the America Invents Act.
22  Having considered the documents filed in support of and in opposition to the motion, the argument
23  of counsel, the pleadings on file in this action, and all other matters properly before the Court,
24  being fully advised in the proceedings, and for good cause appearing:

25  IT IS HEREBY ORDERED that Square's Motion to Stay Pursuant to Section 18(b) of the
26  America Invents Act is GRANTED in its entirety. This action is hereby STAYED pending
27  / / /
28  / / /

resolution of the United States Patent and Trademark Office's covered business method patent review.

IT IS SO ORDERED.

Dated: _____

                                                                                 Paul S. Grewal
                                          United States Magistrate Judge