MICHAEL J. ASCHENBRENER (277114)
(mja@aschenbrenerlaw.com)
BRIAN T. NOACK (admitted *pro hac vice*)
(btn@aschenbrenerlaw.com)
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

*Attorneys for Plaintiff*
THINK COMPUTER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>SQUARE, INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Case No. 5:14-cv-01374-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES**<br><br>Judge:  Honorable Paul S. Grewal |

1   This Stipulation is entered into by plaintiff and counterclaim defendant Think Computer Corporation ("Think") and defendant and counterclaim plaintiff Square, Inc. ("Square") (Think and Square, collectively the "Parties"), by and through their respective counsel.

WHEREAS, Think filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on March 25, 2014 (the "Complaint");

WHEREAS, on July 25, 2014, the Court entered a Notice (Dkt. No. 32) setting the Case Management Conference for August 26, 2014;

WHEREAS, a Joint Case Management Statement is currently due on August 19, 2014;

WHEREAS, Square filed a petition for Covered Business Method Patent Review of U.S. Patent No. 8,396,808 ("the '808 patent") with the USPTO on July 21, 2014;

WHEREAS, Square filed a Motion to Stay Pursuant to Section 18(b) of the America Invents Act ("Motion to Stay") (Dkt. No. 30) on July 22, 2014;

WHEREAS, Think's Opposition to Square's Motion to Stay is due by August 5, 2014 and Square's Reply to Think's Opposition is due by August 12, 2014;

WHEREAS, the Parties scheduled a mediation with the Honorable Edward A. Infante of JAMS for August 18, 2014;

WHEREAS, the Parties agree that a 30-day continuance of the Case Management Conference and all currently pending deadlines until the outcome of the mediation is known will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The August 26, 2014 Case Management Conference and hearing on Square's Motion to Stay shall be taken off calendar, and rescheduled thirty (30) days later on September 23, 2014, or another date that is convenient for the Court.
2. The deadline to file the Joint Case Management Statement shall be continued to and including seven (7) days prior to the new date for the Case Management Conference.

3. Plaintiff's deadline to file its Opposition to Square's Motion to Stay shall be continued to and including twenty-one (21) days prior to the new date for the hearing on the Motion to Stay, and Square's deadline to file a Reply to Plaintiff's Opposition shall be continued to and including fourteen (14) days prior to the new date for the hearing on the Motion to Stay.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 5, 2014      ASCHENBRENER LAW, P.C.

By:   /s/ Brian T. Noack
Brian T. Noack
Attorneys for Plaintiff
THINK COMPUTER CORPORATION

Dated: August 5, 2014      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Stefani E. Shanberg
Stefani E. Shanberg
Attorneys for Defendant
SQUARE, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Paul S. Grewal
United States Magistrate Judge

**ATTESTATION CLAUSE**

I, Brian T. Noack, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that Stefani E. Shanberg of Wilson Sonsini Goodrich & Rosati, Professional Corporation has concurred in the filing of this document.

Dated: August 5, 2014                                  ASCHENBRENER LAW, P.C.


                                                       By:    /s/ Brian T. Noack
                                                              Brian T. Noack

                                                       Attorneys for Plaintiff
                                                       THINK COMPUTER CORPORATION