STEFANI E. SHANBERG (State Bar No. 206717)
EUGENE MARDER (State Bar No. 275762)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
E-Mail:  sshanberg@wsgr.com
         emarder@wsgr.com

Attorneys for Defendant
SQUARE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>     Defendant. | CASE NO.:  5:14-cv-01374-EDL<br><br>**JOINT STATUS UPDATE ON PROGRESS OF FEDERAL CIRCUIT APPEAL**<br><br>Hon. Elizabeth D. Laporte |

1   Pursuant to the Court's December 6, 2016 Order Requiring Status Update (Dkt. No. 40), Defendant Square, Inc. ("Square") provides the following status update on the progress of *Think Computer Corporation v. Square, Inc.*, Appeal No. 16-1818 (Fed. Cir.):

On January 10, 2017, Think Computer filed its Reply Brief, and briefing is now closed. On January 26, 2017 and January 31, 2017, respectively, Square and Think Computer filed their notices regarding conflicts with oral argument. Square and Think Computer are waiting for the Federal Circuit to schedule oral arguments for this appeal.

Dated: March 1, 2017                         WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:   */s/ Stefani E. Shanberg*
                                                   STEFANI E. SHANBERG

                                             Attorneys for Defendant
                                             SQUARE, INC.