STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
EUGENE MARDER (State Bar No. 275762)
emarder@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Counsel for Defendant
SQUARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>    Defendant. | CASE NO.: 3:14-cv-01374-EDL<br><br>**JOINT STATUS UPDATE REGARDING FEDERAL CIRCUIT APPEAL**<br><br>Hon. Elizabeth D. Laporte |

Pursuant to the Court's December 6, 2016 Order Requiring Status Update (Dkt. No. 40), Defendant Square, Inc. ("Square") provides the following status update on the progress of *Think Computer Corporation v. Square, Inc.*, Case No. 16-1818 (Fed. Cir.):

The Federal Circuit held oral arguments on July 13, 2017.  On July 24, 2017, the Federal Circuit issued an opinion affirming the Patent Trial and Appeals Board's Final Written Decision, and a mandate issued on August 30, 2017.  The next step is for the United States Patent and Trademark Office to issue a certificate of reexamination.

Plaintiff's current counsel has not yet appeared in this case, but has consented to the filing of this joint status update.

Dated:  September 1, 2017

MORRISON & FOERSTER LLP

By:   */s/ Stefani E. Shanberg*
       STEFANI E. SHANBERG
       sshanberg@wsgr.com

Attorneys for Defendant
SQUARE, INC.