Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Think Computer Corporation )
                                  )
                 Plaintiff(s), )
                                  )
      v. )
                                    )
Square, Inc. )
                                    )
                Defendant(s). )
                                    )

Case No: 3:14-cv-01374

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Isaac Rabicoff , an active member in good standing of the bar of
Illinois , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Think Computer Corporation in the
above-entitled action. My local co-counsel in this case is Tim B. Broderick , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 73 W Monroe St | 3260 Hillview Ave., 1st Floor |
| Chicago, IL 60603 | Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (773) 669-4590 | (650) 857-9000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| isaac@rabilaw.com | timbroderick@alumni.stanford.edu |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 6313775 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/18/17

                                    Isaac Rabicoff
                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Isaac Rabicoff is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: September 19, 2017

Elizabeth D. Laporte

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE