UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SQUARE, INC.,<br><br>    Defendant. | Case No.14-cv-01374-EDL<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

This patent infringement case was stayed on September 3, 2014 pursuant to stipulation of the parties pending completion of the Covered Business Method review of the patent in suit. As ordered, the parties filed a joint status update on September 1, 2017 in which they informed the Court that the Federal Circuit issued an opinion on July 24, 2017 affirming the Patent Trial and Appeals Board's Final Written Decision and the mandate issued on August 30, 2017. They further informed the Court that the next step was for the United States Patent and Trademark Office to issue a certificate of reexamination.

The parties are ordered to provide the Court with a joint status report by August 1, 2018 as to whether the certificate of reexamination has issued; what next steps, if any, the parties intend to take with the United States Patent and Trademark Office or Patent Trial and Appeals Board; and the propriety of maintaining the stay in this case in light of those proceedings.

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge